1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VESTER LEE PATTERSON,          )   NO. CV 12-8295 GHK (SS)
                                     )
12                  Petitioner,      )
                                     )   **ORDER ACCEPTING FINDINGS,**
13          v.                       )
                                     )   **CONCLUSIONS AND RECOMMENDATIONS**
14   RALPH M. DIAZ, Acting Warden,   )
                                     )   **OF UNITED STATES MAGISTRATE JUDGE**
15                  Respondent.      )
     _____)
16

17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all the records and files herein, the Report and Recommendation of the

20   United States Magistrate Judge, and Petitioner's Objections.   After

21   having made a <u>de</u> <u>novo</u> determination of the portions of the Report and

22   Recommendation to which Objections were directed, the Court concurs with

23   and accepts the findings and conclusions of the Magistrate Judge.

24   \\

25   \\

26   \\

27   \\

28   \\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:   11/8/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

2