UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VESTER LEE PATTERSON, | ) | NO. CV 12-8295 GHK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RALPH M. DIAZ, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 11/8/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE